Opinion filed September 6, 2018



## In The

# Eleventh Court of Appeals

_____

### No. 11-18-00229-CV
_____

## BARRY TRANCKINO, Appellant

## V.

## SINCLAIR OIL & GAS COMPANY, Appellee

**On Appeal from the 132nd District Court**

**Borden County, Texas**

**Trial Court Cause No. 1298**

### M E M O R A N D U M   O P I N I O N

Barry Tranckino has filed in this court a motion to withdraw his notice of appeal.  Tranckino indicates that he "has become informed that the [trial court's] order does not appear to be final" or appealable at this time.  Pursuant to Tranckino's request for permission to withdraw his notice of appeal, we dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.

PER CURIAM

September 6, 2018

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.